**NOT DESIGNATED FOR PUBLICATION**

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### KA 03-334

**STATE OF LOUISIANA**

**VERSUS**

**NOLAN JOSEPH ABSHIRE**

**********

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT,
PARISH OF CAMERON, NO. 90893-95 & NO. 92103-04
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

**********

**JIMMIE C. PETERS
JUDGE**

**********

Court composed of Billie Colombaro Woodard, Jimmie C. Peters, and Michael G. Sullivan, Judges.

**CONVICTIONS AFFIRMED. SENTENCES VACATED AND REMANDED.**

**Edward Kelly Bauman**
**Louisiana Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA  70602**
**(337) 491-0570**
**COUNSEL FOR DEFENDANT/APPELLANT:**
       Nolan Joseph Abshire

**Jennifer Jones, ADA**
**District Attorney's Office**
**38th Judicial District**
**Post Office Box 280**

**Cameron, LA  70631**
**(337) 775-5713**
**COUNSEL FOR APPELLEE:**
     **State of Louisiana**